**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JIMMY LEE, *et al.*, | ) | |
| | ) | 2:14-cv-02089-JAD-CWH |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| NEW ENGLAND LIFE INS. CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the parties' Amended Proposed Discovery Plan and Scheduling Order (doc. # 16), filed June 8, 2015.

The Court has reviewed the amended proposed discovery plan and finds that it does not comply with Local Rule ("LR") 26-4. For example, the parties fail to provide a statement "specifying the discovery completed," pursuant to LR 26-4(a), and fail to provide a "specific description of the discovery that remains to be completed," pursuant to LR 26-4(b). As such, this Court denies the amended proposed discovery plan.

Accordingly, **IT IS HEREBY ORDERED** that the parties' Amended Proposed Discovery Plan and Scheduling Order (doc. # 16) is **denied**.

DATED: June 10, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**